THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MAUST TRANSPORTATION SERVICES LLC, a Washington Limited Liability Company and MAUST TRANSPORT, INC., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation, and CNA, a Delaware corporation,<br><br>Defendants. | Case No.  3:11-cv-05988-RJB<br><br>STIPULATED MOTION AND ORDER TO CONTINUE ALL CASE DEADLINES FOR SIXTY DAYS<br><br>NOTE FOR MOTION:  FRIDAY, DECEMBER 9, 2011 |

## I.  STIPULATED MOTION

The parties hereby move for an order continuing all case deadlines, including the deadline for defendant to answer the Complaint, for a period of sixty (60) days so the parties can attempt to resolve their dispute without incurring significant litigation expenses.

| LASHER HOLZAPFEL SPERRY & EBBERSON | GORDON & POLSCER, LLC |
|---|---|
| /s/ Robin Williams Phillips (per e-mail auth.)<br>Robin Williams Phillips, WSBA #17947<br>Attorney for Plaintiffs | /s/ T. Arlen Rumsey<br>T. Arlen Rumsey, WSBA #19048<br>Attorney for Defendant Continental Casualty Co. |

STIPULATED MOTION AND ORDER TO CONTINUE ALL CASE DEADLINES - 1
C:\DOCUME~1\dkaleel\LOCALS~1\Temp\notesD912CA\Stipulated Motion for Continuance.doc

**GORDON & POLSCER, L.L.C.**
1000 Second Avenue, Suite 1500
Seattle, WA  98104
(206) 223-4226

## II. ORDER

Based upon the stipulation of counsel for the parties,

IT IS HEREBY ORDERED that all case deadlines, including the deadline for defendant to answer the Complaint, are continued for a period of sixty (60) days. The parties are directed to file a joint status report and discovery plan by May 7, 2012.

DATED this 15th day of December, 2011.

ROBERT J. BRYAN
United States District Judge

Presented by:

LASHER HOLZAPFEL SPERRY & EBBERSON

 /s/ Robin Williams Phillips (per e-mail auth.)
Robin Williams Phillips, WSBA #17947
Attorneys for Plaintiffs

GORDON & POLSCER, LLC

 /s/ T. Arlen Rumsey
T. Arlen Rumsey, WSBA #19048
Attorneys for Defendant Continental Casualty Co.

STIPULATED MOTION AND ORDER TO CONTINUE ALL CASE DEADLINES - 2
C:\DOCUME~1\dkaleel\LOCALS~1\Temp\notesD912CA\Stipulated Motion for Continuance.doc

GORDON & POLSCER, L.L.C.
1000 Second Avenue, Suite 1500
Seattle, WA 98104
(206) 223-4226